*1251 ante, p. 1155;
ante, p. 1167;
ante, p. 1138;
ante, p. 1138;
ante, p. 1139;
*1252 No. 95-7045.
No. 95-7066.
No. 95-7089.
No. 95-7279.
No. 95-7359.
No. 95-7389.
No. 95-7485.
No. 95-7725.
No. 95-7726.
No. 95-7769.
No. 95-7852.
No. 95-7947.
No. 95-8031.
No. 95-8102.
No. 95-8151.
ante, p. 1139;
ante, p. 1139;
ante, p. 1139;
ante, p. 1157;
516 U. S. 1135;
ante, p. 1140;
ante, p. 1141;
ante, p. 1141;
ante, p. 1141;
ante, p. 1141;
ante, p. 1143;
ante, p. 1158;
ante, p. 1169;
ante, p. 1160; and
ante, p. 1126. Petitions for rehearing denied.